816 A.2d 1046

JOAN FRIESEN, PLAINTIFF–RESPONDENT, v. E.I. DUPONT
DENEMOURS, RESPONDENT–APPELLANT.

February 4, 2003.

This Matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and ALBIN join in this decision.

816 A.2d 1046

LAWRENCE J. LEMING, PLAINTIFF–APPELLANT, v. HARRAH'S
HOTEL & CASINO AND JOHN DOES, 1–25 (FICTITIOUS
NAMES), INDIVIDUALLY, JOINTLY SEVERALLY AND/OR IN
THE ALTERNATIVE, DEFENDANTS–RESPONDENTS

February 4, 2003.

This Matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and ALBIN join in this decision.